B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fontaine Partners LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-2829137** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**135 West 70th Street**<br>**#6-G**<br>**New York, NY**         ZIP Code **10023** | Street Address of Joint Debtor (No. and Street, City, and State):         ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):         ZIP Code | Mailing Address of Joint Debtor (if different from street address):         ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9             of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13           of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>     defined in 11 U.S.C. § 101(8) as                business debts.<br>     "incurred by an individual primarily for<br>     a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**                                    THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Fontaine Partners LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Fontaine Partners LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Dawn Kirby**
Signature of Attorney for Debtor(s)

**Dawn Kirby**
Printed Name of Attorney for Debtor(s)

**DelBello Donnellan Weingarten Wise & Wiederkehr, LLP**
Firm Name

**One North Lexington Avenue**
**White Plains, NY 10601**

Address

**(914) 681-0200  Fax: (914) 684-0288**
Telephone Number

**April 20, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Nicole Faucher**
Signature of Authorized Individual

**Nicole Faucher**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**April 20, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   Fontaine Partners LLC
Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Legal Fees | | 273,689.73 |
| The Sigma Group LLC<br>15023 Eaglerise Drive<br>Lithia, FL 33547 | The Sigma Group LLC<br>15023 Eaglerise Drive<br>Lithia, FL 33547 | | | 268,593.77 |
| Theodore J. Deutz<br>55 Parsons Brown Road<br>Moraga, CA 94556 | Theodore J. Deutz<br>55 Parsons Brown Road<br>Moraga, CA 94556 | Loan to company | | 203,636.83 |
| Alix Partners LLC<br>PO Box 5838<br>Carol Stream, IL 60197-5838 | Alix Partners LLC<br>PO Box 5838<br>Carol Stream, IL 60197-5838 | consulting | | 123,185.42 |
| Stardust Profit Sharing Plan<br>4600 Franklin Avenue<br>Los Angeles, CA 90027-4202 | Stardust Profit Sharing Plan<br>4600 Franklin Avenue<br>Los Angeles, CA 90027-4202 | | | 53,742.80 |
| Marcum LLP<br>750 Third Avenue, 11th Floor<br>New York, NY 10017 | Marcum LLP<br>750 Third Avenue, 11th Floor<br>New York, NY 10017 | | | 52,500.00 |
| Peak Consulting Group<br>55 Union Place<br>Ste 147<br>Summit, NJ 07901 | Peak Consulting Group<br>55 Union Place<br>Ste 147<br>Summit, NJ 07901 | | | 17,500.00 |
| Quest Workspaces<br>1271 Avenue of the Americas<br>Ste 4300<br>New York, NY 10020 | Quest Workspaces<br>1271 Avenue of the Americas<br>Ste 4300<br>New York, NY 10020 | | | 13,654.85 |
| Finck & Dadras LLP<br>388 Market Street, Ste 920<br>San Francisco, CA 94111 | Finck & Dadras LLP<br>388 Market Street, Ste 920<br>San Francisco, CA 94111 | | | 10,202.86 |
| Roger Blank, Esq.<br>373 Park Avenue South, 6th Fl<br>New York, NY 10016 | Roger Blank, Esq.<br>373 Park Avenue South, 6th Fl<br>New York, NY 10016 | Legal Fees | | 9,346.73 |
| Cornerstone Captial Group<br>1180 Avenue of the Americas<br>20th Floor<br>New York, NY 10036 | Cornerstone Captial Group<br>1180 Avenue of the Americas<br>20th Floor<br>New York, NY 10036 | | | 9,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Fontaine Partners LLC  
            Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Merrill Communications LLC<br>One Merrill Circle<br>Saint Paul, MN 55108 | Merrill Communications LLC<br>One Merrill Circle<br>Saint Paul, MN 55108 | | | 2,086.06 |
| Verizon<br>P.O. Box 15124<br>Brooklyn, NY 11212-5124 | Verizon<br>P.O. Box 15124<br>Brooklyn, NY 11212-5124 | | | 524.82 |
| Corporation Service Company<br>2711 Centerville Road<br>Wilmington, DE 19808 | Corporation Service Company<br>2711 Centerville Road<br>Wilmington, DE 19808 | | | 323.00 |
| Bruce Stone<br>2525 Lake Drive #4<br>Boca Raton, FL 33434 | Bruce Stone<br>2525 Lake Drive #4<br>Boca Raton, FL 33434 | Litigation Claims | Disputed | Unknown |
| Kathleen LaCroix<br>151 Anchor Drive<br>Vero Beach, FL 32963 | Kathleen LaCroix<br>151 Anchor Drive<br>Vero Beach, FL 32963 | Litigation Claims | Disputed | Unknown |
| Rachel Schatter<br>451 East 83rd Street, #14A<br>New York, NY 10028 | Rachel Schatter<br>451 East 83rd Street, #14A<br>New York, NY 10028 | | | Unknown |
| Trophy Hunter Investments, Ltd<br>10124 Foxhurst Court<br>Orlando, FL 32836 | Trophy Hunter Investments, Ltd<br>10124 Foxhurst Court<br>Orlando, FL 32836 | Litigation Claims | Disputed | Unknown |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  April 20, 2015

Signature  /s/ Nicole Faucher  
Nicole Faucher  
CEO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re **Fontaine Partners LLC**,

Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher LaCroix** | Non-Voiting | 6.4% | Membership |
| **Clint Kendrick** | Voting | 40% | Membership |
| **Clint Kendrick** | Non-Voting | 10% | Membership |
| **Derek Sutton** | Non-Voting | 5% | Membership |
| **Donald Russell/ Trinity Holdings** | Non-Voting | 2.5% | Membership |
| **Hardt Group Advisors 99 Park Avenue Ste 1550 New York, NY 10016** | Prefered Non-Voting | 5% | Membership |
| **Nicole Faucher** | Voting | 60% | Membership |
| **Stanley Friedman** | Non-Voting | 2.5% | Membership |
| **Wilson H. Madden Jr. 2009 Revocable Trust 22 Renwick Street #1A New York, NY 10013** | Non-Voting | 1.5% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 20, 2015**                     Signature **/s/ Nicole Faucher**
                                                                     **Nicole Faucher**
                                                                     **CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re   Fontaine Partners LLC                                          Case No.
                                  Debtor(s)                            Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   April 20, 2015                          /s/ Nicole Faucher
                                                Nicole Faucher/CEO
                                                Signer/Title

.

ALIX PARTNERS LLC
PO BOX 5838
CAROL STREAM, IL 60197-5838


BRUCE STONE
2525 LAKE DRIVE #4
BOCA RATON, FL 33434


CHRISTOPHER LACROIX
151 ANCHOR DRIVE
VERO BEACH, FL 32963


CORNERSTONE CAPTIAL GROUP
1180 AVENUE OF THE AMERICAS
20TH FLOOR
NEW YORK, NY 10036


CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808


DEREK SUTTON
4600 FRANKLIN AVENUE
LOS ANGELES, CA 90027-4202


FINCK & DADRAS LLP
388 MARKET STREET, STE 920
SAN FRANCISCO, CA 94111


HARDT GROUP ADVISORS
99 PARK AVENUE STE 1550
NEW YORK, NY 10016


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


KATHLEEN LACROIX
151 ANCHOR DRIVE
VERO BEACH, FL 32963


KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

```
MARCUM LLP
750 THIRD AVENUE, 11TH FLOOR
NEW YORK, NY 10017


MERRILL COMMUNICATIONS LLC
ONE MERRILL CIRCLE
SAINT PAUL, MN 55108


NICOLE FAUCHER
135 W. 70TH STREET #6G
NEW YORK, NY 10023


NYC CORPORATION COUNSEL
100 CHURCH STREET, ROOM 5-240
ATTN: TAX & BKCY LIT. DIV.
NEW YORK, NY 10007


NYC DEPARTMENT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719


NYS DEPARTMENT OF TAX &FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
15 METROTECH CENTER 5TH FLOOR
BROOKLYN, NY 11201


NYS UNEMPLOYMENT
INSURANCE FUND
199 CHURCH STREET
NEW YORK, NY 10007-1100


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10004


PEAK CONSULTING GROUP
55 UNION PLACE
STE 147
SUMMIT, NJ 07901


QUEST WORKSPACES
1271 AVENUE OF THE AMERICAS
STE 4300
NEW YORK, NY 10020
```

```
RACHEL SCHATTER
451 EAST 83RD STREET, #14A
NEW YORK, NY 10028


ROGER BLANK, ESQ.
373 PARK AVENUE SOUTH, 6TH FL
NEW YORK, NY 10016


SECURITY EXCHANGE COMM
THE WOOLWORTH BUILDING
233 BROADWAY- JOHN MURRAY
NEW YORK, NY 10279


STARDUST PROFIT SHARING PLAN
4600 FRANKLIN AVENUE
LOS ANGELES, CA 90027-4202


THE SIGMA GROUP LLC
15023 EAGLERISE DRIVE
LITHIA, FL 33547


THEODORE J. DEUTZ
55 PARSONS BROWN ROAD
MORAGA, CA 94556


TRINITY INVESTMENT HOLDINGS LL
206 BIANCA AVENUE
TAMPA, FL 33606


TROPHY HUNTER INVESTMENTS, LTD
10124 FOXHURST COURT
ORLANDO, FL 32836


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


VERIZON
P.O. BOX 15124
BROOKLYN, NY 11212-5124
```

```
WILSON H. MADDEN JR.
2009 REVOCABLE TRUST
22 RENWICK STREET #1A
NEW YORK, NY 10013
```

# United States Bankruptcy Court
## Southern District of New York

In re   Fontaine Partners LLC                                                      Case No.
                                         Debtor(s)                                 Chapter    11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Fontaine Partners LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 20, 2015                                    /s/ Dawn Kirby
Date                                              Dawn Kirby
                                                  Signature of Attorney or Litigant
                                                  Counsel for   Fontaine Partners LLC
                                                  DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
                                                  One North Lexington Avenue
                                                  White Plains, NY 10601
                                                  (914) 681-0200  Fax:(914) 684-0288

# United States Bankruptcy Court
## Southern District of New York

In re    Fontaine Partners LLC

Debtor(s)

Case No.

Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Nicole Faucher, declare under penalty of perjury that I am the CEO of Fontaine Partners LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 15th day of April, 2015.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nicole Faucher, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Nicole Faucher, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Nicole Faucher, CEO of this Corporation is authorized and directed to employ Dawn Kirby, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date    April 15, 2015

Signed    */s/ Nicole Faucher*
Nicole Faucher, CEO

Resolution of Board of Directors
of
Fontaine Partners LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nicole Faucher, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Nicole Faucher, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Nicole Faucher, CEO of this Corporation is authorized and directed to employ Dawn Kirby, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  April 15, 2015                                    Signed   */s/ Nicole Faucher*
                                                                 Nicole Faucher, CEO